AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/17/2022
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:22-M -02511(1) - MAT |
| | § |
| (1) RAMON EDILIO GOMEZ-PERALTA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 15, 2022** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Ramon Edilio GOMEZ-Peralta, an alien to the United States and a citizen of Dominican Republic was found on Interstate Highway 10 mile marker 72, in Fort Hancock, Texas in the Western District of Texas. From statements made

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ Martinez, Laura
Signature of Complainant
Border Patrol Agent

October 17, 2022              at   EL PASO, Texas
Date                              City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:22-M -02511(1)

WESTERN DISTRICT OF TEXAS

(1) RAMON EDILIO GOMEZ-PERALTA

FACTS   (CONTINUED)

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of the Dominican Republic, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to the Dominican Republic on May 07, 2013 through Lake Charles, LA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to DOMINICAN REPUBLIC on May 7, 2013, through LAKE CHARLES, LA

CRIMINAL HISTORY:
12/13/2011, North Carolina Easter District Court, Conspiracy to ship, transport, receive and process contraband cigarettes and transport stolen property in interstate commerce(F), CNV, 30 months jail, 36 months probation $400 SA.